NO. SCWC-29210

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CFI INC., a Hawaiʻi Corporation,
Respondent/Plaintiff/Appellant,

vs.

HAMAKUA COAST REALTY, INC., a Hawaiʻi Corporation,
And DENIS FERRARI, Respondent/Defendants/Appellees,

and

ERNEST B. TEXEIRA, and ALA KAI REALTY, INC.,
a Hawaiʻi Corporation,
Respondents/Defendants-Third-Party Plaintiffs/Appellees,

and

TEX INC., a Hawaiʻi Corporation, et al.,
Petitioner/Defendant/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29210; CIV. NO. 06-1-0380 (HILO))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ., and Circuit
Court Judge Sakamoto, in place of Acoba, J., recused)


Petitioner/Defendant/Appellee Tex Inc.'s application

for writ of certiorari, filed on October 24, 2011, is hereby

rejected.

DATED:    Honolulu, Hawai'i, December 6, 2011.


/s/ Mark E. Recktenwald

Christopher J. Roehrig,        /s/ Paula A. Nakayama
for petitioner/defendant/
appellee on the application.   /s/ James E. Duffy, Jr.

Douglas L. Halsted,            /s/ Sabrina S. McKenna
for respondent/plaintiff/
appellant on the opposition.   /s/ Karl K. Sakamoto

